AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
7:32 am, Sep 19 2024

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> MICHAEL THOMAS D'ORLANDO <br> *Defendant* | ) ) ) ) ) ) ) Case No. 4:24-cr-104 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  MICHAEL THOMAS D'ORLANDO                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  Conspiracy to Distribute a Controlled Substance Resulting in Death or Serious Bodily Injury, in violation of T. 21 U.S.C. §§ 846 and 841(b)(1)(C)

Date:   09/18/2024

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: *Kendall Pratt*
DEPUTY CLERK

City and state:   Des Moines, Iowa            William P. Kelly, U.S. Magistrate Judge
                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____          _____
                                *Arresting officer's signature*

                                _____
                                *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of Defendant/Offender:  MICHAEL THOMAS D'ORLANDO

Known Aliases:

Date of Birth:  6/10/1978          Social Security Number:  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

FBI Number:  431162TB1          Alien Registration Number:

Sex:  Male                                    Race:  White

Agency/Case Agent:  USPIS/Ryan Brandt          Phone Number:  605-209-3067